IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 1 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00148-BNB

CHINOU VUE, Doc. No. 135168,

    Plaintiff,

v.

THOMAS C. DELAND,
MELISSA HARMON, and
BIVENS V. SIX UNKNOWN NAMED AGENTS,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff, Chinou Vue, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Colorado Territorial Correctional Facility in Cañon City, Colorado. Mr. Vue has filed a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983.[1] The Court must construe the Complaint liberally because Mr. Vue is a *pro se* litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Vue will be ordered to file an Amended Complaint.

The Court has reviewed the Complaint filed by Mr. Vue and finds that it is deficient. Mr. Vue fails to allege facts to demonstrate that a properly named defendant personally participated in the alleged constitutional violations.

---

[1] Although Mr. Vue indicates that he is asserting jurisdiction pursuant to **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971), he has not named a federal employee as a defendant. Therefore, he may not assert jurisdiction under **Bivens**.

Personal participation is an essential allegation in a civil rights action. **See Bennett v. Passic**, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Vue must show that each named defendant caused the deprivation of a federal right. **See Kentucky v. Graham**, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. **See Butler v. City of Norman**, 992 F.2d 1053, 1055 (10th Cir. 1993). A defendant may not be held liable on a theory of respondeat superior. **See Pembaur v. City of Cincinnati**, 475 U.S. 469, 479 (1986); **McKee v. Heggy**, 703 F.2d 479, 483 (10th Cir. 1983). Plaintiff has failed to assert how Defendant Melissa Harmon personally participated in the alleged constitutional violations. Furthermore, Defendant Thomas C. Deland is an improperly named defendant under the respondeat superior theory.

In Claim Three, Plaintiff refers to the Broomfield County Sheriff, who is not listed in the caption of the Complaint. He also refers to "Bivens v. Six Unknown Named Agents," which as discussed in the above footnote, is the name of a case decided in the United States Supreme Court and not a properly named defendant in the instant action.

Therefore, Mr. Vue will be directed to file an Amended Complaint that alleges how each named defendant personally participated in the asserted constitutional violation. In order for Mr. Vue to state a claim in federal court, the Amended "[C]omplaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." **Nasious v. Two Unknown B.I.C.E. Agents**, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that Mr. Vue file **within thirty days from the date of this Order** an Amended Complaint that complies with the Order. It is

FURTHER ORDERED that the Amended Complaint shall be titled "Amended Complaint," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Vue, together with a copy of this Order, two copies of the Prisoner Complaint form for use in submitting the Amended Complaint. It is

FURTHER ORDERED that Mr. Vue submit sufficient copies of the Amended Complaint to serve each named Defendant. It is

FURTHER ORDERED that if Mr. Vue fails to file an original and sufficient copies of an Amended Complaint that complies with this Order, to the Court's satisfaction and within the time allowed, the Complaint and the action will be dismissed without further notice.

DATED March 21, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00148-BNB

Chinou Vue
Prisoner No. 135168
CTCF - CH 1
PO Box 1010
Cañon City, CO 81215- 1010

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 3/21/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk