IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00148-BNB

CHINOU VUE,

Plaintiff,

v.

MELISSA HARMON, Acting Broomfield Nurse, Individual Capacity,
JANE DOE, Acting Broomfield Nursing Director, Individual Capacity,
CHRISTOPHER TERRY, Acting Broomfield Sergeant, Individual Capacity, and
THOMAS C. DELAND, Acting Broomfield Police Chief, Individual Capacity,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 23 2008

GREGORY C. LANGHAM
CLERK

ORDER DRAWING CASE AND
DISCHARGING ORDER TO SHOW CAUSE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge. It is

FURTHER ORDERED that the Order to Show Cause entered on May 23, 2008, is discharged. It is

FURTHER ORDERED that Plaintiff is directed to continue to comply with the Court's March 4, 2008, Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915.

DATED June 23, 2008, at Denver, Colorado.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00148-BNB

Chinou Vue
Prisoner No. 135168
CTCF - CH 1
PO Box 1010
Cañon City, CO 81215- 1010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/23/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk