IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00148-EWN-MJW

CHINOU VUE,

    Plaintiff,

v.

MELISSA HARMON, Acting Broomfield Nurse, Individual Capacity,
JANE DOE, Acting Broomfield Nursing Director, Individual Capacity,
CHRISTOPHER TERRY, Acting Broomfield Sergeant, Individual Capacity, and
THOMAS C. DELAND, Acting Broomfield Police Chief, Individual Capacity,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 3 0 2008

GREGORY C. LANGHAM
                      CLERK

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: June 26, 2008.

BY THE COURT:

s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00148-EWN-MJW

Chinou Vue
Prisoner No. 135168
Colorado Territorial Corr. Facility
PO Box 1010
Cañon City, CO 81215- 1010

US Marshal Service
Service Clerk
Service forms for: Melissa Harmon, Christopher Terry,
and Thomas C. Deland

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Melissa Harmon, Christopher Terry, and Thomas C. Deland: AMENDED COMPLAINT FILED 05/22/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/30/08 .

                              GREGORY C. LANGHAM, CLERK

                      By: _____
                                   Deputy Clerk