IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00148-PAB-MJW

CHINOU VUE,

    Plaintiff,

v.

MELISSA HARMON (individual capacity), Acting Broomfield Nurse,
JANE DOE (individual capacity), Acting Broomfield Nursing Director,
CHRISTOPHER TERRY (individual capacity), Acting Broomfield Sergeant, and
THOMAS C. DELAND (individual capacity), Acting Broomfield Police Chief,

    Defendants.
_____

MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on plaintiff's Motion to Amend Objection to Defendants Terry and Deland's Motion to Dismiss [Docket No. 57]. On September 19, 2008, defendants Christopher Terry and Thomas C. Deland filed Defendants Terry and Deland's Motion to Dismiss [Docket No. 31]. The plaintiff did not file a response to the motion. A month and a half after the motion's filing, the assigned magistrate judge issued a Recommendation [Docket No. 36] that the motion to dismiss be granted. The plaintiff asked for and was granted two extensions of time to file objections to the magistrate judge's recommendation. On January 22, 2009, plaintiff filed his objection to the recommendation [Docket No. 46]. Defendants Terry and Deland filed a response to the objection on February 2, 2009.

    Plaintiff's Motion for Extension of Time seeks an additional 30 days to reply to defendants Terry and Deland's response. Given that plaintiff's motion for extension was filed on March 5, 2009 and therefore more than two weeks have already passed, it is

    ORDERED that plaintiff's Motion to Amend Objection [Docket No. 57] is granted, and plaintiff shall file any reply to defendants Terry and Deland's Motion to Dismiss [Docket No. 31] on or before April 15, 2009.

    Dated March 24, 2009.